ALICIA DE CASIANO et al., Appellants, *v.* SARAH E. MORGAN et al., Respondents.

Submitted November 15, 1954; decided December 3, 1954.

*Milton N. Redman* for motion.

*Patrick E. Gibbons* for defendant Sarah E. Morgan in opposition to motion for leave to appeal.

*Samuel E. Swiggett* for defendant Anna Rosenblum as administratrix of the estate of Herman Rosenblum, deceased, in opposition to motion for leave to appeal.

Motion for leave to appeal, for leave to prosecute appeal as poor person and for assignment of counsel granted, and Messrs. Redman & Rogers, 570 Seventh Avenue, New York City, assigned as counsel to plaintiffs on the appeal herein.